# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-09-00466-CR
NO. 03-09-00467-CR
NO. 03-09-00468-CR
NO. 03-09-00469-CR

**Abel Robles Jr., Appellant**

**v.**

**The State of Texas, Appellee**

FROM THE DISTRICT COURT OF CONCHO COUNTY, 119TH JUDICIAL DISTRICT
NOS. DIS-08-01671, DIS-08-01672, DIS-08-01673 & DIS-08-01674
HONORABLE BEN WOODWARD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In four cause numbers, appellant Abel Robles Jr. pleaded guilty to the offenses of sexual assault of a child and aggravated sexual assault of a child. Sentence was imposed in open court on April 2, 2009. A motion for new trial was timely filed on April 27, but the notice of appeal was not filed until July 30, 2009, more than 90 days after sentence was imposed in court. *See* Tex. R. App. P. 26.2(a)(2) (providing that notice of appeal must be filed within 90 days after date sentence imposed in open court if defendant timely files a motion for new trial). No motion for extension of time to file the notice of appeal appears in the record. *See* Tex. R. App. P. 26.3.

Under the circumstances, we lack jurisdiction to dispose of the purported appeals in any manner other than by dismissing them for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeals are dismissed.[1]

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:   January 29, 2010

Do Not Publish

---

[1] In each cause number, counsel for appellant has filed a motion to withdraw and a brief concluding that the appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). In light of our dismissal of these appeals, we dismiss the motions as moot.